# MINUTE ORDER

Page 8

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 1/3/2019     Time: 2:00 p.m.

Defendant: 5) EMMANUEL CEUS     J#: 19518-104     Case #: 18-3850-MJ-O'SULLIVAN

AUSA: Marty Elfenbein for Philip Jones     Attorney:

Violation: ILLEGAL REENTRY AFTER REMOVAL     Surr/Arrest Date: 1/3/2019     YOB: 1989

Proceeding: Initial Appearance     **CJA Appt: Manuel Casabielle**

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language: CREOLE**

Disposition:
Defendant sworn – **CJA APPOINTED**
Defendant held Temporary Pretrial Detention @ Government request, risk of flight (INS Hold)

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
**PTD Hearing:** 1/8/19    10:00    *Miami Duty*
**Preliminary/Arraignment:** 1/17/19    10:00    *Miami Duty*
Status Conference RE:

D.A.R. 14:27:24     Time in Court: 5

s/Edwin G. Torres     Magistrate Judge