UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20018-WILLIAMS

UNITED STATES OF AMERICA

vs.

EMMANUEL CEUS,

        Defendant.
_____/

## FACTUAL PROFFER

The United States and the defendant, Emmanuel CEUS ("CEUS"), stipulate that if this case were to proceed to trial, the United States would prove the following facts, among others, beyond a reasonable doubt:

On or about December 8, 2018, at around 9:30 p.m., a United States Coast Guard ("USCG") cutter spotted a small vessel ("the SUSPECT VESSEL") on radar heading west toward Miami, Florida, from the direction of Bimini, Bahamas, without the required navigation lights. The cutter tracked the vessel on radar and through forward looking infrared (FLIR) until the vessel entered United States territorial sea. At around approximately 12:15 a.m. on December 9, 2018, approximately 10 nautical miles off the coast of Government Cut in Miami, Florida, a USCG small boat subsequently stopped the SUSPECT VESSEL and conducted a boarding.

Upon boarding the SUSPECT VESSEL, the USCG boarding team observed two males, later identified as Vincent SAUNDERS and Frankie MILLER sitting in the chairs near the steering wheel. SAUNDERS was behind the steering wheel, and MILLER was sitting next to SAUNDERS. The USCG boarding team also observed a total of five other people on the deck and six people in the cabin of SUSPECT VESSEL. The USCG boarding team spoke with the individuals onboard

who stated they were not citizens of the United States, and were from various countries to include the Bahamas, Haiti, Ecuador and Bolivia.

Biometrics and records checks through Department of Homeland Security immigration databases revealed that the individuals on board the SUSPECT VESSEL with SAUNDERS and MILLER were aliens who did not have legal status in the United States, nor permission to enter the United States on or about December 9, 2018. Those checks also revealed that CEUS, who was found onboard the suspect vessel, was an alien who had been previously deported from the United States. CEUS was previously removed and deported from the United States on or about July 3, 2018. Furthermore, those checks revealed that CEUS had not received consent from the Attorney General or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to apply for readmission to the United States before entering and attempting to enter the United States.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 2/28/19    By: _____
PHILIP A. JONES
SPECIAL ASSISTANT UNITED STATES ATTORNEY

Date: 2/22/19    By: _____
MANUEL LAZARO CASABIELLE
ATTORNEY FOR DEFENDANT

Date: 2/22/19    By: Emmanuel
EMMANUEL CEUS
DEFENDANT

2